IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIMOTHY S. MORIARTY,**

      **Plaintiff,**

v.                                      Case No. 4:15cv420-MW/CAS

**JULIE JONES, et al.,**

      **Defendants.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Plaintiff's Legal Complaint of Partiality, ECF No. 15, which this Court has construed objections to the report and recommendation. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 12, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The

Clerk shall note on the docket lines this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)."   The Clerk shall close the file.

**SO ORDERED on December 15, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
